

BERNARD M. GROSS
WARREN RUBIN
DEBORAH R. GROSS**
SUSAN R. GROSS***
MICHAEL N. BORISH*
TINA MOUKOULIS*
JAMES L. NEWMAN, JR.*

ROBERT P. FRUTKIN
*Of Counsel*

*ALSO MEMBER OF NJ BAR
**ALSO MEMBER OF MA BAR
***ALSO MEMBER OF FL BAR

**LAW OFFICES
BERNARD M. GROSS, P.C.**

March 10, 2008

Honorable Theodore H. Katz
United States District Judge
United States District Court
Southern District of New York
VIA FAX - 212-805-7932

MEMO ENDORSED

RECEIVED
CHAMBERS OF
THEODORE H. KATZ
U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

Re: In re Aetna Inc. Securities Litigation
    Master File No. 01-cv-9796 (THK)

Dear Judge Katz:

  I wanted to provide you with an update with the status of the distribution of the settlement monies in this matter. On November 2, 2007, the claims administrator distributed 3,655 checks totaling $3,488,242.47. The checks had written on them that they were to be cashed promptly, void and subject to redistribution 180 days after issue date. As of February 29, 2008, 3,261 checks have been cashed totaling $3,403,674.70. Also as of February 29, 2008, 283 checks remain uncashed totaling $75,875.90 and 111 checks totaling $8,691.87 have been returned to the claims administrator by the U.S. Postal service with undeliverable addresses. We intend to revisit the monies remaining in the account and the uncashed checks on May 2, 2008 and will provide the Court with an update.

  If you have any questions, please do not hesitate to call.

*Provide an update by May 19, 2008.*

Respectfully submitted,

LAW OFFICES
BERNARD M. GROSS, P.C.
BY:
DEBORAH R. GROSS

**SO ORDERED**
3/11/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

DRG:ras
cc: George Bauer, Esquire
  Jeffrey Haber, Esquire

COPIES MAILED
TO COUNSEL OF RECORD ON 3/12/08

★ SUITE 450, JOHN WANAMAKER BLDG. ★ JUNIPER AND MARKET STS. ★ PHILA., PA 19107 ★ 215-561-3600 ★ FAX 215-561-3000 ★