

BERNARD M. GROSS
WARREN RUBIN
DEBORAH R. GROSS**
SUSAN R. GROSS***
MICHAEL N. BORISH*
TINA MOUKOULIS*
JAMES L. NEWMAN, JR.*

ROBERT P. FRUTKIN
*Of Counsel*

*ALSO MEMBER OF NJ BAR
**ALSO MEMBER OF MA BAR
***ALSO MEMBER OF FL BAR

## LAW OFFICES
## BERNARD M. GROSS, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

May 19, 2008

Honorable Theodore H. Katz
United States District Judge
United States District Court
Southern District of New York
**VIA FAX - 212-805-7932**

MEMO ENDORSED

Re:   In re Aetna Inc. Securities Litigation
      Master File No. 01-cv-9796 (THK)

Dear Judge Katz:

I wanted to provide you with an update on the status of the distribution of the settlement monies in this matter. On November 2, 2007, the claims administrator distributed 3,655 checks totaling $3,488,242.47. As of May 16, 2008, 3,317 checks have been cashed totaling $3,433,541.20. Also as of May 16, 2008, 236 checks remain uncashed totaling $50,939.38 and 101 checks totaling $3,761.89 have been returned to the claims administrator by the U.S. Postal service with undeliverable addresses. Pursuant to your Order of September 25, 2007, we are to await redistribution until one year after the initial distribution.

If you have any questions, please do not hesitate to call.

*This action shall remain on the Suspense Docket until November 10, 2008; by which time a final report with regard to the settlement monies shall be submitted to the Court.*

Respectfully submitted,

LAW OFFICES
BERNARD M. GROSS, P.C.
BY:

DEBORAH R. GROSS

DRG:ras
cc:   George Bauer, Esquire
      Jeffrey Haber, Esquire

**SO ORDERED**
5/19/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

★ SUITE 450, JOHN WANAMAKER BLDG. ★ JUNIPER AND MARKET STS. ★ PHILA, PA 19107 ★ 215-561-3600 ★ FAX 215-561-3000 ★

COPIES MAILED
TO COUNSEL OF RECORD ON  5/19/08